**Fill in this information to identify the case:**

Debtor 1  Deborah Lynn Jones

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois (Chicago)
                                                                             District of  IL
                                                (State)

Case number  14-11273

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of Creditor:** Nationstar Mortgage, LLC as servicer for U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-SL1

**Court Claim no. (if known):** 10

**Last 4 digits** of any number you use to identify the debtor's account:   XXXXXXXXXXXX0937

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 01 / 2017
                                                                                                           MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:     $ _____

a.  Total postpetition ongoing payments due:                                                        (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                          + (b) $ _____

c.  **Total**. Add lines a and b.                                                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       ___/___/___
                                     MM / DD / YYYY

Debtor 1 : Deborah Lynn Jones
    First Name   Middle Name   Last Name

Case number (*if known*): 14-11273

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
  ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
  ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/EVAN L MOSCOV
   Signature

Date 11/3/2017

Print  EVAN L MOSCOV
    First Name   Middle Name   Last Name

Title Attorney for Nationstar Mortgage, LLC as servicer for U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-SL1

Company  Weinstein & Riley, P.S.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  653 N.Kingsbury StreetSte. 1501
    Number            Street

CHICAGO, IL 60654
City                             State    ZIP Code

(312) 255 7996

Email evanm@w-legal.com

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 3, 2017, a true and correct copy of the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties listed below:

**DEBTOR(S):**
Deborah Lynn Jones
29893 Marsh Hawk Way
Beecher, IL 60401

**DEBTOR'S ATTORNEY:**
Briana Czajka
Geraci Law Llc
55 E Monroe St #3400
Chicago, IL

**TRUSTEE:**
Glenn B Stearns
801 Warrenville Rd Ste 650
Lisle, IL 605324350

**U.S. TRUSTEE:**
U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL  60604

/s/ Teresa Perry
Assistant to Evan L MOSCOV